## City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Charles Jacobs, Defendant-Appellant.

Gen. Nos. 47,606, 47,607.

First District, Third Division.

April 22, 1959.

Released for publication June 22, 1959.

William M. Doty, for defendant-appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin, Harry H. Pollack, Assistant Corporation Counsels, of counsel) for appellee. Opinion by JUSTICE BURKE. Not to be published in full.